# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 30, 2023

Noah S. Goldberg
Covington & Burling, LLP
850 10TH ST NW
WASHINGTON, DC 20001-4956

William Isasi
Covington & Burling, LLP
850 10TH ST NW
WASHINGTON, DC 20001-4956

Cortlin Hall Lannin
Covington & Burling, LLP
415 MISSION ST STE 5400
SAN FRANCISCO, CA 94105

Barry Alan Ragsdale
Dominick Feld Hyde, PC
1130 22ND ST S STE 4000
BIRMINGHAM, AL 35205

Dylan M. Silva
Covington & Burling, LLP
415 MISSION ST STE 5400
SAN FRANCISCO, CA 94105

Robert Smith Vance III
Dominick Feld Hyde, PC
1130 22ND ST S STE 4000
BIRMINGHAM, AL 35205

Jean Veta
Covington & Burling, LLP
850 10TH ST NW
WASHINGTON, DC 20001-4956

Appeal Number:  23-11753-J

Case Style:  In re: World Professional Association for Transgender Hea
District Court Docket No:  2:22-cv-00184-LCB-CWB

Please use the appeal number for all filings in this Court.

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

DKT-1 Appeal NO Deficiency