Transaction submitted by Cortlin Hall Lannin on 05/26/2023 at 07:24 PM

**Description**: Original Proceeding
**Payment Method**: credit card
**Fee Receipt Number**: A11-103877-865
**Fee Amount**: $500.00