No. 23-11753

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

*In re World Professional Association for Transgender Health,*
Petitioner

On Petition from the U.S. District Court for the Middle District of Alabama
No. 2:22-cv-00184
(Hon. Liles C. Burke)

---

## PETITIONER'S CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

---

Barry A. Ragsdale (ASB 2958A23B)
Robert S. Vance III (ASB 9916B11Q)
DOMINICK FELD HYDE, P.C.
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL 35205
Phone:  (205) 536-8888

D. Jean Veta (D.C. Bar No. 358980)
Cortlin H. Lannin (CA Bar No. 266488)
William Isasi (D.C. Bar No. 470878)
Michael J. Lanosa (CA Bar No. 301241)
José F. Girón (MD Bar No. 2211280185)
Emile J. Katz (D.C. Bar No. 90006190)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone:  (202) 662-6000

*Counsel for Petitioner*

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned counsel for the World Professional Association for Transgender Health ("WPATH") certifies that WPATH has no parent corporation, and no corporations hold any stock in WPATH.

Counsel certifies that the following persons and parties, in addition to WPATH, may have an interest in the outcome of this case:

1. Abdul-Latif, Hussein – Amicus Curiae;

2. Academic Pediatric Association – Amicus Curiae;

3. Aderholt, Caroline M. – Amicus Curiae;

4. Aderholt, Robert B. – Amicus Curiae;

5. Advancing American Freedom, Inc. – Amicus Curiae;

6. Advancing LGBTQ Equality – Amicus Curiae;

7. Agricola, Algert Swanson (Jr.) – Counsel for Amicus Curiae;

8. Alabama Center for Law and Liberty – Amicus Curiae;

9. Alabama Ch. of the American Academy of Pediatrics – Amicus Curiae;

10. Alaska, State of – Amicus Curiae;

11. Alstott, Anne – Amicus Curiae;

12. Am. Academy of Child and Adolescent Psychiatry – Amicus Curiae;

1

13.    Am. Academy of Family Physicians – Amicus Curiae;

14.    Am. Academy of Pediatrics – Amicus Curiae;

15.    Am. Academy of Nursing – Amicus Curiae;

16.    Am. Ass'n of Physicians for Human Rights, Inc. – Amicus Curiae;

17.    Am. Coll. of Obstetricians & Gynecologists – Amicus Curiae;

18.    Am. Coll. of Osteopathic Pediatricians – Amicus Curiae;

19.    Am. College of Physicians – Amicus Curiae;

20.    Am. Family Ass'n, Inc. – Amicus Curiae;

21.    Am. First Legal Foundation – Amicus Curiae;

22.    Am. Med. Ass'n – Amicus Curiae;

23.    Am. Pediatric Soc'y – Amicus Curiae;

24.    Am. Psychiatric Ass'n – Amicus Curiae;

25.    Ams. United for Life – Amicus Curiae;

26.    Andersen, Alison L. – Counsel for Amici Curiae;

27.    Anderson, Tom – Defendant;

28.    Arizona, State of – Amicus Curiae;

29.    Arkansas, State of – Amicus Curiae;

30.    Arnold, Stephanie York – Amicus Curiae;

31.    Ass'n of Am. Med. Colls. – Amicus Curiae;

2

32.  Ass'n of Med. School Pediatrics Dep't Chairs – Amicus Curiae;

33.  Austin, Heather – Plaintiff;

34.  Australian Professional Association for Trans Health (The) – Amicus Curiae;

35.  Baia, Elizabeth – Counsel for Medical Amici;

36.  Bailey, Daryl D. – Defendant;

37.  Barday, Shireen A. – Counsel for Amici Curiae;

38.  Barham, Richard – Amicus Curiae;

39.  Barnes, Brian W. – Counsel for Defendants;

40.  Barnhart, Dr. David L. (Jr.) – Amicus Curiae;

41.  Baylock, C. Wilson – Defendant;

42.  Becker, Laura – Amicus Curiae;

43.  Beninati, Nancy – Counsel for Amici Curiae;

44.  Berg, Rachel H. – Counsel for Plaintiffs;

45.  Blakemore, Robin – Amicus Curiae;

46.  Boccuzzi, Carmine D, (Jr.) – Counsel for Amici Curiae;

47.  Boe, Brianna (pseudonym) – Plaintiff;

48.  Boergers, Kathleen – Counsel for Amici Curiae;

49.  Bonta, Rob – Counsel for Amici Curiae;

50.  Boulware, Susan D. – Amicus Curiae;

3

51.   Bowdre, Alexander Barrett – Counsel for the Defendants;

52.   Bridges, Dr. Rebecca L. – Amicus Curiae;

53.   Brooks, Mo  – Amicus Curiae;

54.   Brooks, Roger – Counsel for Defendants;

55.   Brown, Chip  – Amicus Curiae;

56.   Broyles, Vernadette R. – Counsel for Amici Curiae;

57.   Bryan, Chad W. – U.S. Magistrate Judge;

58.   Buckeye Institute – Amicus Curiae;

59.   Bundesverbrand Trans* e.V. – Amicus Curiae;

60.   Burleigh, Billy – Amicus Curiae;

61.   Burke, Liles C. – U.S. District Court Judge;

62.   California, State of – Amicus Curiae

63.   Cantrell, Michael A. – Counsel for Amici States

64.   Cardinal Institute for West Virginia Policy – Amicus Curiae;

65.   Carl, Jerry L. – Amicus Curiae;

66.   Carr, Danny – Defendant;

67.   Center for Arizona Policy  – Amicus Curiae;

68.   Center for Family and Human Rights – Amicus Curiae;

69.   Central Conference of American Rabbis – Amicus Curiae;

70.   Cheek, Jason R. – Counsel for Intervenor – Plaintiff;

4

71. Child & Parental Rights Campaign, Inc. –Amicus Curiae;

72. Citizens United – Amicus Curiae;

73. Citizens United Foundation – Amicus Curiae;

74. Clark, Matthew J. – Counsel for Amici Curiae;

75. Clarke, Kristen – Counsel for Intervenor-Plaintiff

76. Coe, Brian – Amicus Curiae (pseudonym);

77. Coe, Laura – Amicus Curiae (pseudonym);

78. Colavecchio, J.D. – Counsel for Amici Curiae;

79. Colorado, State of – Amicus Curiae;

80. Commonwealth Foundation for Public Policy Alternative – Amicus Curiae;

81. Concerned Women for America – Amicus Curiae;

82. Connecticut, State of – Amicus Curiae;

83. Conrady, Julie – Amicus Curiae;

84. Cooper, Erica – Amicus Curiae;

85. Davies, Andrew Rhys – Counsel for Amici Curiae;

86. Davis, James William – Counsel for Defendants;

87. Delaware, State of – Amicus Curiae;

88. Dermody, Eliza – Counsel for Intervenor-Plaintiff;

89. Dingus, Jaimie – Amicus Curiae;

5

90.   District of Columbia – Amicus Curiae;

91.   Doss, Jeffrey P. – Counsel for Plaintiffs;

92.   Dunbar, John Mark – Counsel for Amicus Curiae;

93.   Eagan, Melody Hurdle – Counsel for Plaintiffs;

94.   Eagle Forum of Alabama  – Amicus Curiae;

95.   Eknes-Tucker, Paul A. – Plaintiff;

96.   Elgart, Allison – Counsel for Amici Curiae;

97.   Elias, Nimrod Pitsker – Counsel for Amici Curiae;

98.   Elliot, T. Christopher – Amicus Curiae;

99.   Endocrine Society – Amicus Curiae;

100.   Escalona, Elizabeth Prim Formby – Counsel for Intervenor – Plaintiff;

101.   Ethics and Public Policy Center – Amicus Curiae;

102.   Faith & Freedom Coalition – Amicus Curiae;

103.   Family Action Council of Tennessee, Inc., – Amicus Curiae;

104.   Federación Colectivo Hombres XX, AC – Amicus Curiae;

105.   Finney, Johnny R. (II) – Amicus Curiae;

106.   Foster, Carolyn – Amicus Curiae;

107.   Foundation for Government Accountability – Amicus Curiae;

108.   Foundation for Moral Law – Amicus Curiae;

6

109. Foundation for Government Accountability (The) – Amicus Curiae;

110. Frampton, Henry W. IV – Counsel for Defendants;

111. Free Speech Coalition – Amicus Curiae;

112. Frontline Policy Council – Amicus Curiae;

113. Fuller, David – Amicus Curiae;

114. G. C. – Amicus Curiae (pseudonym);

115. Gardner, Christopher J. – Counsel for Amici Curiae;

116. Genau, Joseph – Amicus Curiae;

117. Georgia, State of – Amicus Curiae;

118. George, Renu R. – Counsel for Amici Curiae;

119. Gibson, Henry N. – Amicus Curiae;

120. Global Justice Institute – Amicus Curiae;

121. Goldberg, Noah S. – Counsel for Amici Curiae;

122. Graham, John Mark – Counsel for Amici Curiae;

123. Gray, C. Boyden– Counsel for Amicus Curiae;

124. Hamilton, Gene – Counsel for Amici Curiae;

125. Hamilton-Poore, Dr. Samuel F. – Amicus Curiae;

126. Hasson, Mary Rice – Amicus Curiae;

127. Hawaii, State of – Amicus Curiae;

128. Health Professionals Advancing LGBTQ Equality – Amicus Curiae;

129. Hecker, Elizabeth P. – Appellate Counsel for Intervenor-Plaintiff;

130. Henkin, Steven – Amicus Curiae;

131. Hilbert, Kurt R. – Counsel for Amici Curiae;

132. Hopkins, C. Lynn – Amicus Curiae;

133. Hutchinson, Laura – Amicus Curiae;

134. Illinois, State of – Amicus Curiae;

135. Independent Women's Forum – Amicus Curiae;

136. Indiana, State of – Amicus Curiae;

137. Isaacson, Eric Alan – Counsel for Amici Curiae;

138. Isasi, William – Counsel for WPATH and Medical Amici Curiae;

139. Isner, Shane – Amicus Curiae;

140. Ivey, Kay – Defendant;

141. Jacobs, Dylan L. – Counsel for Amici Curiae;

142. Jauregui, Phillip Leo – Counsel for Amicus Curiae;

143. Jimmerson, Dr. Ellin – Amicus Curiae;

144. John Locke Foundation – Amicus Curiae;

145. Jordan, Albert Linch– Counsel for Amicus Curiae; Judicial Watch, Inc. – Amicus Curiae;

146. Judicial Watch (The) – Amicus Curiae;

147. Kamody, Rebecca – Amicus Curiae;

148. Kerschner, Helena – Amicus Curiae;

149. Koe, Rachel (pseudonym) – Plaintiff;

150. Krishna, Praveen S. – Appellate Counsel for Intervenor-Plaintiff;

151. Kuper, Laura – Amicus Curiae;

152. LGBT+ Denmark – Amicus Curiae;

153. LaCour, Edmund G. (Jr.) – Counsel for Defendants;

154. Lamar-Hart, Cynthia – Amicus Curiae;

155. Lannin, Cortlin H. – Counsel for WPATH and Medical Amici Curiae;

156. Lanosa, Michael – Counsel for WPATH and Medical Amici Curiae;

157. Lareau Alyssa C. – Counsel for Intervenor – Plaintiff;

158. Lee, Bethany C. – Counsel for Defendants;

159. Levi, Jennifer L. – Counsel for Plaintiffs;

160. Liberty Justice Center – Amicus Curiae;

9

161. Loe, Brian – Amicus Curiae (pseudonym);

162. Loe, Sarah– Amicus Curiae (pseudonym);

163. Loper, Dr. Helene – Amicus Curiae;

164. Louisiana Family Forum  – Amicus Curiae;

165. Louisiana, State of – Amicus Curiae;

166. Madden, Wendy Ann – Counsel for Amici Curiae;

167. Maine, State of – Amicus Curiae;

168. Manhattan Institute – Amicus Curiae;

169. Marshall, Margaret L. – Counsel for Intervenor-Plaintiff;

170. Marshall, Steve – Defendant;

171. Martinez, Gabriel – Counsel for Amici Curiae;

172. Martinez, Michael Rodriguez – Counsel for Amici Curiae;

173. Maryland, State of – Amicus Curiae;

174. Massachusetts, State of – Amicus Curiae;

175. Mattern, David P. – Counsel for Plaintiffs;

176. McAlister, Mary E. – Counsel for Amici Curiae;

177. McCotter, R. Trent – Counsel for Amicus Curiae;

178. McCoy, Scott D. – Counsel for Plaintiffs;

179. McKay, Charles Arthur – Counsel for Defendants;

180. McNamara, Meredithe – Amicus Curiae;

181.  Medical Ass'n of Pediatric Nurse Practitioners – Amicus Curiae;

182.  Men of Reform Judaism – Amicus Curiae;

183.  Mendenhall, Allen  – Amicus Curiae;

184.  Michigan Family Forum  – Amicus Curiae;

185.  Mills, Christopher E. – Counsel for Defendants;

186.  Minnesota, State of – Amicus Curiae;

187.  Mitchell, Jonathan F. – Counsel for Amici Curiae;

188.  Mississippi, State of – Amicus Curiae;

189.  Missouri, State of – Amicus Curiae;

190.  Moe, Jane – Plaintiff (pseudonym);

191.  Moe, Robert – Plaintiff (pseudonym);

192.  Montag, Coty Rae – Counsel for Intervenor – Plaintiff;

193.  Montana, State of – Amicus Curiae;

194.  Mooney, Arnold – Amicus Curiae;

195.  Moore, Barry – Amicus Curiae;

196.  Mor, Yuval – Counsel for Amici Curiae;

197.  Morrison, Rachel N. – Counsel for Amici Curiae;

198.  Mountain States Legal Foundation – Amicus Curiae;

199.  Murphy, Amie – Counsel for Intervenor-Plaintiff;

11

200. Nebraska, State of – Amicus Curiae;

201. Nat'l Ass'n of Pediatric Nurse Practitioners – Amicus Curiae;

202. Nat'l Republican Redistricting Trust  – Amicus Curiae;

203. Nat'l Right to Work Committee – Amicus Curiae;

204. Nebraska, State of – Amicus Curiae;

205. Nevada, State of – Amicus Curiae;

206. New Jersey, State of – Amicus Curiae;

207. New Mexico, State of – Amicus Curiae;

208. New York, State of – Amicus Curiae;

209. Newton, Nicole – Amicus Curiae;

210. Noe, Kathy (pseudonym) – Plaintiff;

211. North Carolina, State of – Amicus Curiae;

212. Norwegian Organization for Sexual and Gender Diversity (The) – Amicus Curiae;

213. Oklahoma Council of Public Affairs – Amicus Curiae;

214. Oklahoma, State of – Amicus Curiae;

215. Oladeinbo, Gilbert – Counsel for Plaintiffs;

216. Olezeski, Christy – Amicus Curiae;

217. Olson, William J. – Counsel for Amicus Curiae;

218. Oregon, State of – Amicus Curiae;

219.   Ormand, Justin L. – Counsel for Amici Curiae;

220.   Orr, Asaf – Counsel for Plaintiffs;

221.   Palmer, Gary  – Amicus Curiae;

222.   Parental Rights Foundation – Amicus Curiae;

223.   Patterson, Peter A. – Counsel for Defendants;

224.   Pediatric Endocrine Soc'y – Amicus Curiae;

225.   Pennsylvania Family Council – Amicus Curiae;

226.   Pennsylvania, State of – Amicus Curiae;

227.   Perigoe, Kelly – Counsel for Plaintiffs;

228.   Peterson, Misty L. – Counsel for Plaintiffs;

229.   Pickren, Robert C. – Counsel for Intervenor-Plaintiff;

230.   Poe, Megan (pseudonym) – Plaintiff;

231.   Powers, John Michael – Counsel for Intervenor – Plaintiff;

232.   Pratt, James Andrew – Counsel for Plaintiffs;

233.   Private Citizen – Amicus Curiae;

234.   Professional Association for Transgender Health Aotearoa New Zealand (The) – Amicus Curiae;

235.   Protect Our Kids – Amicus Curiae;

236.   Public Interest Legal Foundation – Amicus Curiae;

237.   Ragsdale, Barry Alan – Counsel for Medical Amici;

238.   Ramer, John D. – Counsel for Defendants;

239.   Ray, Brent P. – Counsel for Plaintiffs;

240.   Reinke, Adam – Counsel for Plaintiffs;

241.   The Religious RoundTable, Inc. – Amicus Curiae;

242.   Renner, Steven S. – Amicus Curiae;

243.   Reynolds, Laura – Amicus Curiae;

244.   Rhode Island, State of – Amicus Curiae;

245.   Riehl, Christina – Counsel for Amici Curiae;

246.   Robin-Vergeer, Bonnie – Appellate Counsel for Intervenor-

Plaintiff;

247.   Roe, Rebecca  – Plaintiff;

248.   Rogers, Mike  – Amicus Curiae;

249.   Rothbauer, Chris – Amicus Curiae;

250.   Rutledge, Leslie – Counsel for Amici Curiae;

251.   Saei, Yusuf – Counsel for Plaintiffs;

252.   Sanders, Jennifer – Amicus Curiae;

253.   Schwabauer, Barbara – Appellate Counsel for Intervenor-

Plaintiff;

254.   Seiss, Benjamin Matthew – Counsel for Defendants;

255.   Seta ry / Seta rf / Seta Lgbtiq Rights in Finland – Amicus Curiae;

256.   Shortnacy, Michael B. – Counsel for Plaintiffs;

257.   Silva, Dylan M. – Counsel for Amici Curiae;

258.   Simpson, Matt – Amicus Curiae;

259.   Smalts, Laura Perry – Amicus Curiae;

260.   Smith, John – Amicus Curiae;

261.   Societies for Pediatric Urology – Amicus Curiae;

262.   Soc'y of Adolescent Health & Medicine – Amicus Curiae;

263.   Soc'y for Pediatric Research – Amicus Curiae;

264.   Soc'y of Pediatric Nurses – Amicus Curiae;

265.   Soe, Melissa – Amicus Curiae (pseudonym);

266.   Soto, Diego Armando – Counsel for Plaintiffs;

267.   Southeast Conference of the United Church of Christ – Amicus Curiae;

268.   Southeast Law Institute  – Amicus Curiae;

269.   South Carolina, State of – Amicus Curiae;

270.   Spakovsky, Hans von  – Amicus Curiae;

271.   Stewart, Sandra Jean – Counsel for Intervenor – Plaintiffs;

272.   Stone, Jessica L. – Counsel for Plaintiffs;

273. Strickland, Kevin L. – Amicus Curiae;

274. Stoll, Christopher F. – Counsel for Amici Curiae;

275. Stone, Jessica Lynn – Counsel for Plaintiffs;

276. Stonewall UK – Amicus Curiae;

277. Susan B. Anthony Pro-Life America – Amicus Curiae;

278. Swedish Federation for Lesbian, Gay, Bisexual, Transgender,

Queer and Intersex Rights (The) – Amicus Curiae;

279. Szilagyi, Nathalie – Amicus Curiae;

280. Tea Party Patriots Action, Inc. – Amicus Curiae;

281. Tea Party Patriots Foundation, Inc. – Amicus Curiae;

282. Tennessee Eagle Forum – Amicus Curiae;

283. Terry, Abigail Hoverman – Counsel for Plaintiffs;

284. Texas Public Policy Foundation – Amicus Curiae;

285. Texas, State of – Amicus Curiae;

286. Thomason, Beth – Amicus Curiae;

287. Thompson, David H. – Counsel for Defendants;

288. Thornton, Joel H. – Counsel for Detransitioner Amici Curiae;

289. Toyama, Kaitlin – Counsel for Intervenor – Plaintiff;

290. Trevor Project, Inc. – Amicus Curiae;

291. Union for Reform Judaism – Amicus Curiae;

16

292.    Unitarian Universalist Association – Amicus Curiae;

293.    United States of America – Intervenor – Plaintiff;

294.    Universal Fellowship of Metropolitan Community Churches – Amicus Curiae;

295.    Utah, State of – Amicus Curiae;

296.    Vermont, State of – Amicus Curiae;

297.    Voe, Robert – Plaintiff (pseudonym);

298.    Voights, Anne M. – Counsel for Plaintiffs;

299.    Wadsworth, Stephen D. – Counsel for Intervenor – Plaintiff;

300.    Wadsworth, Tim R. – Amicus Curiae;

301.    Wagoner, J.T. – Amicus Curiae;

302.    Warbelow, Sarah – Counsel for Plaintiffs;

303.    Wadsworth, Tim R. – Amicus Curiae;

304.    Walker, Susan Russ – U.S. Magistrate Judge;

305.    Washington, State of – Amicus Curiae;

306.    Waver, Cynthia Cheng-Wun – Counsel for Plaintiffs;

307.    Weaver, Lily – Counsel for Amici Curiae;

308.    Weaver, Susan Kay – Counsel for Amici Curiae;

309.    West Virginia, State of – Amicus Curiae;

310.    Wenck, Julia H. – Counsel for Amici Curiae;

17

311. Wilkerson, Mark Douglas – Counsel for Amici States;

312. Williams, Renee – Counsel for Intervenor – Plaintiff;

313. Wilson, Thomas Alexander – Former Counsel for Defendants;

314. Women of Reform Judaism – Amicus Curiae;

315. Wood, Kimberly – Amicus Curiae;

316. Woodke, Lane Hines – Counsel for Intervenor – Plaintiff;

317. Vague, Amie A. – Counsel for Plaintiffs;

318. Vance, Robert S. – Counsel for Medical Amici;

319. Ventiere, Jessica – Defendant;

320. Veta, D. Jean – Counsel for Medical Amici;

321. Walker, Susan Russ – U.S. Magistrate Judge;

322. Weaver, Cynthia Cheng-Wun – Counsel for Plaintiffs;

323. Zelbo, Howard S. – Counsel for Amici Curiae;

324. Zoe, James – Plaintiff (pseudonym).

Dated: June 16, 2023

D. Jean Veta (D.C. Bar No. 358980)
William Isasi (D.C. Bar No. 470878)
José F. Girón (MD Bar No. 2211280185)
Emile J. Katz (D.C. Bar No. 90006190)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com
wisasi@cov.com

Barry A. Ragsdale
DOMINICK FELD HYDE, P.C.
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL 35205
Phone:  (205) 536-8888
BRagsdale@dfhlaw.com

Robert S. Vance, III
DOMINICK FELD HYDE, P.C.
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL 35205
Phone:  (205) 536-8888
RVance@dfhlaw.com

Respectfully submitted,

*/s/ Cortlin H. Lannin*

Cortlin H. Lannin
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000
clannin@cov.com

Michael J. Lanosa (CA Bar No. 301241)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Phone: (424) 332-4800
mlanosa@cov.com

19

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s Cortlin H. Lannin*
Cortlin H. Lannin