No. 23-11753

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

♦

In re: WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH

♦

On Petition for Writ of Mandamus from the United States District Court
for the Middle District of Alabama
Case No. 2:22-cv-184-LCB

## STATE RESPONDENTS' CERTIFICATE OF INTERESTED PERSONS

Christopher Mills
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640

David H. Thompson
Peter A. Patterson
Brian W. Barnes
John D. Ramer
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600

Roger G. Brooks
Henry W. Frampton, IV
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200

Steve Marshall
  *Attorney General*
Edmund G. LaCour Jr.
  *Solicitor General*
A. Barrett Bowdre
  *Principal Deputy Solicitor General*
Bethany C. Lee
  *Assistant Solicitor General*
James W. Davis
  *Deputy Attorney General*
Benjamin M. Seiss
Charles A. McKay
  *Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300

*In re World Professional Association for Transgender Health*, No. 23-11753

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a)(3) and 26.1-2(c), the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1. Abdul-Latif, Hussein – Amicus Curiae;

2. Academic Pediatric Association – Amicus Curiae;

3. Aderholt, Caroline M. – Amicus Curiae;

4. Aderholt, Robert – Amicus Curiae;

5. Advancing American Freedom, Inc. – Amicus Curiae;

6. Advancing LGBTQ Equality – Amicus Curiae;

7. Agricola, Algert Swanson (Jr.) – Counsel for Amicus Curiae;

8. Alabama Center for Law and Liberty – Amicus Curiae;

9. Alabama Chapter of the American Academy of Pediatrics – Amicus Curiae;

10. Alaska, State of – Amicus Curiae;

11. Alstott, Anne – Amicus Curie;

12. America First Legal Foundation – Amicus Curiae;

13. American Academy of Child and Adolescent Psychiatry – Amicus Curiae;

14. American Academy of Family Physicians – Amicus Curiae;

15. American Academy of Pediatrics – Amicus Curiae;

16. American Academy of Nursing – Amicus Curiae;

17. American Association of Physicians for Human Rights, Inc. – Amicus Curiae;

18. American College of Obstetricians and Gynecologists – Amicus Curiae;

19. American College of Osteopathic Pediatricians – Amicus Curiae;

20. American College of Physicians – Amicus Curiae;

21. American Family Association, Inc. – Amicus Curiae;

22. American Medical Association – Amicus Curiae;

23. American Pediatric Society – Amicus Curiae;

24. American Psychiatric Association – Amicus Curiae;

25. Americans United for Life – Amicus Curiae

26. Andersen, Alison L. – Counsel for Amici Curiae;

27. Anderson, Tom – Defendant;

28. Arizona, State of – Amicus Curiae;

29. Arkansas, State of – Amicus Curiae;

30. Arnold, Stephanie York – Amicus Curiae;

31. Association of American Medical Colleges – Amicus Curiae;

32. Association of Medical School Pediatric Department Chairs – Amicus Curiae;

33. Austin, Heather – Plaintiff;

34. Australian Professional Association for Trans Health (The) – Amicus Curiae;

35. Baia, Elizabeth – Counsel for Amici Curiae;

36. Bailey, Daryl D. – Defendant;

37. Barday, Shireen A. – Counsel for Amici Curiae;

38. Barham, Richard – Amicus Curiae;

39. Barnes, Brian W. – Counsel for Defendants;

40. Barnhart, Dr. David L. (Jr.) – Amicus Curiae;

41. Becker, Laura – Amicus Curiae;

42. Beninati, Nancy – Counsel for Amici Curiae;

43. Berg, Rachel H. – Counsel for Plaintiffs;

44. Blakemore, Robin – Amicus Curiae;

45. Blaylock, C. Wilson – Defendant;

46. Boccuzzi, Carmine D, (Jr.) – Counsel for Amici Curiae;

47. Boe, Brianna – Plaintiff (pseudonym);

48. Boergers, Kathleen – Counsel for Amici Curiae;

49. Bonta, Rob – Counsel for Amici Curiae;

50. Boulware, Susan D. – Amicus Curiae;

51. Bowdre, Alexander Barrett – Counsel for Defendants;

52. Bridges, Dr. Rebecca L. – Amicus Curiae;

53. Bronni, Nicholas J. – Counsel for Amici Curiae;

54. Brooks, Mo – Amicus Curiae;

55. Brooks, Roger – Counsel for Defendants;

56. Brown, Chip – Amicus Curiae;

57. Broyles, Vernadette R. – Counsel for Amici Curiae;

58. Bryan, Chad W. – U.S. Magistrate Judge;

59. Buckeye Institute (The) – Amicus Curiae;

60. Bundesverbrand Trans* e.V. – Amicus Curiae;

61. Burke, Liles C. – U.S. District Court Judge;

62. Burleigh, Billy – Amicus Curiae;

63. California, State of – Amicus Curiae;

64. Cantrell, Michael A. – Counsel for Amici Curiae;

65. Cardinal Institute for West Virginia Policy – Amicus Curiae;

66. Carl, Jerry L. – Amicus Curiae;

67. Carr, Danny – Defendant;

68. Center for Arizona Policy – Amicus Curiae;

69. Center for Family and Human Rights – Amicus Curiae;

70. Central Conference of American Rabbis – Amicus Curiae;

71. Cheek, Jason R. – Counsel for Intervenor-Plaintiff;

72. Child & Parental Rights Campaign, Inc. – Counsel for Amici Curiae;

73. Citizens United – Amicus Curiae;

74. Citizens United Foundation – Amicus Curiae;

75. Clark, Matthew J. – Counsel for Amici Curiae;

76. Clarke, Kristen – Counsel for Intervenor-Plaintiff;

77. Coe, Brian – Amicus Curiae (pseudonym);

78. Coe, Laura – Amicus Curiae (pseudonym);

79. Colavecchio, J.D. – Counsel for Amici Curiae;

80. Colorado, State of – Amicus Curiae;

81. Commonwealth Foundation for Public Policy Alternative (The) – Amicus Curiae;

82. Concerned Women for America – Amicus Curiae;

83. Connecticut, State of – Amicus Curiae;

84. Conrady, Julie – Amicus Curiae;

85. Cooper, Erica – Amicus Curiae;

86. Davies, Andrew Rhys – Counsel for Amici Curiae;

87. Davis, James William – Counsel for Defendants;

88. Delaware, State of – Amicus Curiae;

89. Dermody, Eliza – Counsel for Intervenor-Plaintiff;

90. Dingus, Jaimie – Amicus Curiae;

91. District of Columbia – Amicus Curiae;

92. Doss, Jeffrey P. – Counsel for Plaintiffs;

93. Dunbar, John Mark – Counsel for Amicus Curiae;

94. Eagan, Melody Hurdle – Counsel for Plaintiffs;

95. Eagle Forum of Alabama – Amicus Curiae;

96. Eknes-Tucker, Paul A. – Plaintiff;

97. Elgart, Allison – Counsel for Amici Curiae;

98. Elias, Nimrod Pitsker – Counsel for Amici Curiae;

99. Elliott, T. Christopher – Amicus Curiae;

100. Endocrine Society (The) – Amicus Curiae;

101. Escalona, Elizabeth Prim Formby – Counsel for Intervenor-Plaintiff;

102. Ethics and Public Policy Center – Amicus Curiae;

103. Faith & Freedom Coalition – Amicus Curiae;

104. Family Action Counsel of Tennessee (The) – Amicus Curiae;

105. Federación Colectivo Hombres XX, AC – Amicus Curiae;

106. Finney, Johnny R. (II) – Amicus Curiae;

107. Foster, Carolyn – Amicus Curiae;

108. Foundation for Government Accountability (The) – Amicus Curiae;

109. Foundation for Moral Law – Amicus Curiae;

110. Frampton, Henry W. IV – Counsel for Defendants;

111. Free Speech Coalition – Amicus Curiae;

112. Frontline Policy Council – Amicus Curiae;

113. Fuller, David – Amicus Curiae;

114. G. C. – Amicus Curiae (pseudonym);

115. Gardner, Christopher J. – Counsel for Amici Curiae;

116. Genau, Joseph – Amicus Curiae;

117. George, Renu R. – Counsel for Amici Curiae;

118. Georgia, State of – Amicus Curiae;

119. Gibson, Henry N. – Amicus Curiae;

120. Girón, José F. – Counsel for WPATH and Amici Curiae;

121. Global Justice Institute – Amicus Curiae;

122. Goldberg, Noah Shea – Counsel for Amici Curiae;

123. Graham, John Mark – Counsel for Amici Curiae;

124. Gray, C. Boyden – Former Counsel for Amici Curiae;

125. Hamilton, Gene – Counsel for Amici Curiae;

126. Hamilton-Poore, Dr. Samuel F. – Amicus Curiae;

127. Hamilton-Poore, Terry – Amicus Curiae;

128. Hasson, Mary Rice – Amicus Curiae;

129. Hawaii, State of – Amicus Curiae;

130. Health Professionals Advancing LGBTQ Equality – Amicus Curiae;

131. Hecker, Elizabeth P. – Appellate Counsel for Intervenor-Plaintiff;

132. Henkin, Steven – Amicus Curiae;

133. Hilbert, Kurt R. – Counsel for Amici Curiae;

134. Hopkins, C. Lynn – Amicus Curiae;

135. Hutchinson, Laura – Amicus Curiae;

136. Illinois, State of – Amicus Curiae;

137. Independent Women's Forum – Amicus Curiae;

138. Indiana, State of – Amicus Curiae;

139. Isaacson, Eric Alan – Counsel for Amici Curiae;

140. Isasi, William – Counsel for Amici Curiae;

141. Isner, Shane – Amicus Curiae;

142. Ivey, Kay – Defendant (Former);

143. Jacobs, Dylan L. – Counsel for Amici Curiae;

144. Jauregui, Phillip Leo – Counsel for Amici Curiae;

145. Jimmerson, Dr. Ellin – Amicus Curiae;

146. John Locke Foundation – Amicus Curiae;

147. Jordan, Albert Linch – Counsel for Amici Curiae;

148. Judicial Watch (The) – Amicus Curiae;

149. Kamody, Rebecca – Amicus Curiae;

150. Katz, Emile J. – Counsel for WPATH and Amici Curiae;

151. Kerschner, Helena – Amicus Curiae;

152. Koe, Rachel – Plaintiff (pseudonym);

153. Krishna, Praveen S. – Appellate Counsel for Intervenor-Plaintiff;

154. Kuper, Laura – Amicus Curiae;

155. LGBT+ Denmark – Amicus Curiae;

156. LaCour, Edmund G. (Jr.) – Counsel for Defendants;

157. Lamar-Hart, Cynthia – Amicus Curiae;

158. Lannin, Cortlin H. – Counsel for WPATH and Amici Curiae;

159. Lanosa, Michael – Counsel for WPATH and Amici Curiae;

160. Lareau, Alyssa C. – Counsel for Intervenor-Plaintiff;

161. Lee, Bethany C. – Counsel for Defendants;

162. Levi, Jennifer L. – Counsel for Plaintiffs;

163. Liberty Justice Center (The) – Amicus Curiae;

164. Loe, Brian – Amicus Curiae (pseudonym);

165. Loe, Sarah – Amicus Curiae (pseudonym);

166. Loper, Dr. Helene – Amicus Curiae;

167. Louisiana Family Forum – Amicus Curiae;

168. Louisiana, State of – Amicus Curiae;

169. Madden, Wendy Ann – Counsel for Amici Curiae;

170. Maine, State of – Amicus Curiae;

171. Manhattan Institute – Amicus Curiae;

172. Marshall, Margaret L. – Counsel for Intervenor-Plaintiff;

173. Marshall, Steve – Defendant;

174. Martinez, Gabriel – Counsel for Amici Curiae;

175. Martinez, Michael Rodriguez – Counsel for Amici Curiae;

176. Maryland, State of – Amicus Curiae;

177. Massachusetts, State of – Amicus Curiae;

178. Mattern, David P. – Counsel for Plaintiffs;

179. McAlister, Mary E. – Counsel for Amici Curiae;

180. McCotter, R. Trent – Counsel for Amici Curiae;

181. McCoy, Scott D. – Counsel for Plaintiffs;

182. McKay, Charles Arthur – Counsel for Defendants;

183. McNamara, Meredithe – Amicus Curiae;

184. Medical Association of Pediatric Nurse Practitioners – Amicus Curiae;

185. Men of Reform Judaism – Amicus Curiae;

186. Mendenhall, Allen – Amicus Curiae;

187. Michigan Family Forum – Amicus Curiae;

188. Mills, Christopher Ernest – Counsel for Defendants;

189. Minnesota, State of – Amicus Curiae;

190. Mississippi, State of – Amicus Curiae;

191. Missouri, State of – Amicus Curiae;

192. Mitchell, Jonathan F. – Counsel for Amici Curiae;

193. Moe, Jane – Plaintiff (pseudonym);

194. Moe, Robert – Plaintiff (pseudonym);

195. Montag, Coty Rae – Counsel for Intervenor-Plaintiff;

196. Montana, State of – Amicus Curiae;

197. Mooney, Arnold – Amicus Curiae;

198. Moore, Barry – Amicus Curiae;

199. Mor, Yuval – Counsel for Amici Curiae;

200. Morrison, Rachel N. – Counsel for Amici Curiae;

201. Mountain States Legal Foundation – Amicus Curiae;

202. Murphy, Amie – Counsel for Intervenor-Plaintiff;

203. National Association of Pediatric Nurse Practitioners – Amicus Curiae;

204. National Republican Redistricting Trust – Amicus Curiae;

205. National Right to Work Committee (The)– Amicus Curiae;

206. Nebraska, State of – Amicus Curiae;

207. Nevada, State of – Amicus Curiae;

208. New Jersey, State of – Amicus Curiae;

209. New Mexico, State of – Amicus Curiae;

210. New York, State of – Amicus Curiae;

211. Newton, Nicole – Amicus Curiae;

212. Noe, Kathy – Plaintiff (pseudonym);

213. North Carolina, State of – Amicus Curiae;

214. Norwegian Organization for Sexual and Gender Diversity (The) – Amicus Curiae;

215. Oklahoma Council of Public Affairs – Amicus Curiae;

216. Oklahoma, State of – Amicus Curiae;

217. Oladeinbo, Gilbert Olusengun – Counsel for Plaintiffs;

218. Olezeski, Christy – Amicus Curiae;

219. Olson, William J. – Counsel for Amici Curiae;

220. Oregon, State of – Amicus Curiae;

221. Ormand, Justin L. – Counsel for Amici Curiae;

222. Orr, Asaf – Counsel for Plaintiffs;

223. Palmer, Gary – Amicus Curiae;

224. Parental Rights Foundation – Amicus Curiae;

225. Patterson, Peter A. – Counsel for Defendants;

226. Pediatric Endocrine Society – Amicus Curiae;

227. Pennsylvania Family Counsel – Amicus Curiae;

228. Pennsylvania, State of – Amicus Curiae;

229. Perigoe, Kelly – Counsel for Plaintiffs;

230. Peterson, Misty L. – Counsel for Plaintiffs;

231. Pickren, Robert C. – Counsel for Intervenor-Plaintiff;

232. Poe, Megan – Plaintiff (pseudonym);

233. Powers, John Michael – Counsel for Intervenor-Plaintiff;

234. Pratt, James Andrew – Counsel for Plaintiffs;

235. Private Citizen – Amicus Curiae;

236. Professional Association for Transgender Health Aotearoa New Zealand (The) – Amicus Curiae;

237. Protect Our Kids – Amicus Curiae

238. Public Interest Legal Foundation (The) - Amicus Curiae;

239. Ragsdale, Barry Alan – Counsel for WPATH and Amici Curiae;

240. Ramer, John D. – Counsel for Defendants;

241. Ray, Brent P. – Counsel for Plaintiffs;

242. Reinke, Adam – Counsel for Plaintiffs;

243. Religious RoundTable, Inc. (The) – Amicus Curiae;

244. Renner, Steven S. – Amicus Curiae;

245. Reynolds, Laura – Amicus Curiae;

246. Rhode Island, State of – Amicus Curiae;

247. Riehl, Christina – Counsel for Amici Curiae;

248. Robin-Vergeer, Bonnie – Appellate Counsel for Intervenor-Plaintiff;

249. Roe, Rebecca – Plaintiff (pseudonym);

250. Rogers, Mike – Amicus Curiae;

251. Rothbauer, Chris – Amicus Curiae;

252. Rutledge, Leslie – Counsel for Amici Curiae;

253. Saei, Yusuf – Counsel for Plaintiffs;

254. Sanders, Jennifer – Amicus Curiae;

255. Schwabauer, Barbara – Appellate Counsel for Intervenor-Plaintiff;

256. Seiss, Benjamin Matthew – Counsel for Defendants;

257. Seta ry / Seta rf / Seta Lgbtiq Rights in Finland – Amicus Curiae;

258. Shortnacy, Michael B. – Counsel for Plaintiffs;

259. Silva, Dylan M. – Counsel for Amici Curiae;

260. Simpson, Matt – Amicus Curiae;

261. Smalts, Laura Perry – Amicus Curiae;

262. Smith, John – Amicus Curiae;

263. Societies for Pediatric Urology – Amicus Curiae;

264. Society for Adolescent Health and Medicine – Amicus Curiae;

265. Society for Pediatric Research – Amicus Curiae;

266. Society of Pediatric Nurses – Amicus Curiae;

267. Soe, Melissa – Amicus Curiae (pseudonym);

268. Soto, Diego Armando – Counsel for Plaintiffs;

269. South Carolina, State of – Amicus Curiae;

270. Southeast Conference of the United Church of Christ – Amicus Curiae;

271. Southeast Law Institute – Amicus Curiae;

272. Spakovsky, Hans Von – Amicus Curiae;

273. Stewart, Sandra Jean – Counsel for Intervenor-Plaintiffs;

274. Stoll, Christopher F. – Counsel for Amici Curiae;

275. Stone, Jessica Lynn – Counsel for Plaintiffs;

276. Stonewall UK – Amicus Curiae;

277. Strickland, Kevin L. – Amicus Curiae;

278. Susan B. Anthony Pro-Life America – Amicus Curiae;

279. Swedish Federation for Lesbian, Gay, Bisexual, Transgender, Queer and Intersex Rights (The) – Amicus Curiae;

280. Szilagyi, Nathalie – Amicus Curiae;

281. Tea Party Patriots Action, Inc. – Amicus Curiae;

282. Tea Party Patriots Foundation, Inc. – Amicus Curiae;

283. Tennessee Eagle Forum – Amicus Curiae;

284. Terry, Abigail Hoverman – Counsel for Plaintiffs;

285. Texas Public Policy Foundation – Amicus Curiae;

286. Texas, State of – Amicus Curiae;

287. Thomason, Beth – Amicus Curiae;

288. Thompson, David H. – Counsel for Defendants;

289. Thornton, Joel H. – Counsel for Amici Curiae;

290. Toyama, Kaitlin – Counsel for Intervenor-Plaintiff;

291. Trevor Project (The) – Amicus Curiae;

292. Union for Reform Judaism – Amicus Curiae;

293. Unitarian Universalist Association – Amicus Curiae;

294. United States of America – Intervenor-Plaintiff;

295. Universal Fellowship of Metropolitan Community Churches – Amicus Curiae;

296. Utah, State of – Amicus Curiae;

297. Vermont, State of – Amicus Curiae;

298. Vague, Amie A. – Counsel for Plaintiffs;

299. Vance, Robert S. (III) – Counsel for Amici Curiae;

300. Ventiere, Jessica – Defendant;

301. Veta, D. Jean – Counsel for Amici Curiae;

302. Voe, Robert – Plaintiff (pseudonym);

303. Voights, Anne M. – Counsel for Plaintiffs;

304. Wadsworth, Stephen D. – Counsel for Intervenor-Plaintiff;

305. Wadsworth, Tim R. – Amicus Curiae;

306. Waggoner, J. T. – Amicus Curiae;

307. Walker, Susan Russ – U.S. Magistrate Judge;

308. Warbelow, Sarah – Counsel for Plaintiffs;

309. Washington, State of – Amicus Curiae;

310. Weaver, Cynthia Cheng-Wun – Counsel for Plaintiffs;

311. Weaver, Lily – Counsel for Amici Curiae;

312. Weaver, Susan Kay – Counsel for Amici Curiae;

313. Wenck, Julia H. – Counsel for Amici Curiae;

314. West Virginia, State of – Amicus Curiae;

315. Wilkerson, Mark Douglas – Counsel for Amici Curiae;

316. Williams, Renee – Counsel for Intervenor-Plaintiff;

317. Wilson, Thomas Alexander – Former Counsel for Defendants;

318. Women of Reform Judaism – Amicus Curiae;

319. Wood, Kimberly – Amicus Curiae;

320. Woodke, Lane Hines – Counsel for Intervenor-Plaintiff;

321. World Professional Association for Transgender Health – Petitioner;

322. Zelbo, Howard S. – Counsel for Amici Curiae;

323. Zoe, James – Plaintiff (pseudonym).

Respectfully submitted this 27th day of June, 2023.

                                                        s/ A. Barrett Bowdre
                                                       A. Barrett Bowdre
                                                       *Counsel for State Respondents*

# CERTIFICATE OF SERVICE

I certify that on June 27, 2023, I electronically filed this document using the Court's CM/ECF system, which will serve counsel of record.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for State Respondents*
