# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:22-cv-184-LCB |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

On or before July 10, 2023, WPATH shall comply with all previous discovery requests and discovery orders. Should WPATH fail to do so, Defendants may move for sanctions without further order of this Court.

**DONE** and **ORDERED** June 28, 2023.

_____
LILES C. BURKE
UNITED STATES DISTRICT JUDGE