# EXHIBIT 10

**RFP No. 1:**

Produce all Communications and Documents relating to the application and selection process for the WPATH Guideline Steering Committee, the Co-Chairs of the Standards of Care 8 (SOC-8) Revision Committee, each of the Chapter Leads for the SOC-8, each of the Chapter Workgroup Members for the SOC-8, each of the Chapter Stakeholder Members for the SOC-8, and each member of the WPATH Standards of Care 8th Version Evidence Review Team. *See generally* SOC-8 at S247-48 (Overview of SOC-8 development process).

**RFP No. 2:**

Produce all Communications and Documents relating to the decision regarding what chapters to include and not include in SOC-8, including but not limited to the decision not to include a chapter on Detransitioning.

**RFP No. 3:**

Produce all Communications and Documents relating to the development and approval of chapters 6 (Adolescents), 7 (Children), 8 (Nonbinary), 9 (Eunuchs), 12 (Hormone Therapy), 13 (Surgery and Postoperative Care), 14 (Voice and Communication), 15 (Primary Care), 16 (Reproductive Health), 17 (Sexual Health), and 18 (Mental Health) of SOC-8.

**RFP No. 4:**

Produce all Communications and Documents relating to the Delphi process for the SOC-8 chapters listed in Request #3, including who participated and voted in the Delphi process. *See, e.g.*, SOC-8 at S247, 250.

**RFP No. 5:**

Produce all Communications and Documents relating to the systematic review, "evidence tables[,] and other results of the systematic reviews" that the Evidence Review Team presented related to the chapters listed in Request #3. See SOC-8 at S249 ("The Evidence Review Team presented evidence tables and other results of the systematic reviews to the members of the relevant chapter for feedback.")

**RFP No. 6:**

Produce all Communications and Documents relating to the Evidence Review Team's search criteria, study selection results, and data extraction for the chapters listed in Request #3. *See* SOC-8 at S249.

**RFP No. 7:**

Produce all Communications and Documents relating to the evidence grades assigned by the Evidence Review Team for all studies, research questions, and statements for the chapters listed in Request #3. *See* SOC-8 at S250 ("The

Evidence Review Team assigned evidence grades using the GRADE methodology.").

**RFP No. 8:**

Produce all Communications and Documents relating to the value factors that were included in the GRADE review process, including "the balance of potential benefits and harms" and "values and preferences of providers and patients." SOC-8 at S250.

**RFP No. 9:**

Produce all Communications and Documents comprising comments and survey responses to the draft SOC-8. *See* SOC-8 at S251 ("A final SOC-8 draft was made available for comments .... A total of 1,279 people made comments on the draft with a total of 2,688 comments.").

**RFP No. 10:**

Produce all Communications and Documents relating to revisions of SOC-8 as a result of, or in response to, comments received on the draft SOC-8. *See* SOC-8 at S251 ("The Chapters Leads and Guideline Steering Committee considered the feedback and made any necessary revisions .... ").

**RFP No. 11:**

Produce all Communications and Documents relating to the minimum age for treatments in SOC-8, including the initial decision to include minimum ages for

treatments and the later decision not to include minimum ages for treatments. *See, e.g.,* "New Standards of Transgender Health Care Raises Eyebrows," The Economist (Sept. 23, 2022), https//www.economist.com/united-states/2022/09/22/new-standards-of-transgender-health-careraise-eyebrows ("Known as SOC8, they originally included a list of minimum ages for treatments- 14 for cross-sex hormones, 15 for removal of breasts, 17 for testicles. Hours later, a 'correction' eliminated the age limits.").

**RFP No. 12:**

Produce all Communications and Documents relating to the role played by, and the identities of, non-professional "stakeholders" in the development and approval of SOC-8 and, in particular, the chapters listed in Request #3. *See, e.g.*, SOC-8 at S248 ("Each chapter also included stakeholders as members who bring perspectives of transgender health advocacy or work in the community ....").

**RFP No. 13:**

[Withdrawn]

**RFP No. 14:**

[Withdrawn]

**RFP No. 15:**

Produce all Communications and Documents regarding Dr. Lisa Littman, her article, Rapid-Onset Gender Dysphoria in Adolescents and Young Adults: A Study of Parental Reports, and any subsequent revisions to that article.

**RFP No. 16:**

Produce all Communications and Documents relating to the September 2018 WPATH public statement entitled, "WPATH POSITION ON 'Rapid-Onset Gender Dysphoria (ROGD).'"

**RFP No. 17:**

[Withdrawn]

**RFP No. 18:**

Produce all Communications and Documents relating to the article by Abigail Shrier entitled "Top Trans Doctors Blow the Whistle on ' Sloppy' Care," *available at* https://www.commonsensenews/pftop-trans-doctors-blow-the-whistle.

**RFP No. 19:**

Produce all Communications and Documents relating to the October 2021 "Joint Letter from USPATH and WPATH," *available at* https://www.wpath.org/media/cms/Documents/Public%20Policies/202l/Joint%20 WPATH%20U SPATH%20Letter%20Dated%20Oct%2012%202021.pdf.

**RFP No. 20:**

Produce all Communications and Documents regarding the resignation of Dr. Erica Anderson from USPATH.

**RFP No. 21:**

Produce all Communications and Documents related to the article by Dr. Laura Edwards-Leeper and Dr. Erica Anderson entitled, "The Mental Health Establishment Is Failing Trans Kids," and published m The Washington Post, *available at* https://www.washingtonpost.com/outlook/2021/11/24/trans-kids-therapy-psychologist/.

**RFP No. 22:**

[Withdrawn]

**RFP No. 23:**

Produce all Communications and Documents related to the drafting of the ICD-11 coding for gender identity-related health

**RFP No. 24:**

Produce all Communications and Documents relating to Dr. Kenneth Zucker's participation in the February 2017 USPATH conference, including Communications and Documents relating to any review and acceptance of any papers or presentations by Dr. Zucker and any decision to cancel any part of his planned participation.

6

**RFP No. 25:**

[Withdrawn]

**RFP No. 26:**

[Withdrawn]

**RFP No. 27:**

[Withdrawn]

**RFP No. 28:**

[Withdrawn]

**RFP No. 29:**

[Withdrawn]

**RFP No. 30:**

[Withdrawn]

**RFP No. 31:**

Produce all Communications regarding the drafting of Jason Rafferty et al., *Ensuring Comprehensive Care and Support. For Transgender and Gender-Diverse Children and Adolescent*s, Pediatrics (Oct. 2018).

**RFP No. 32:**

Produce all Communications regarding the drafting of Wylie C. Hembree, *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An*

*Endocrine Society Clinical Practice Guideline*, J. Clin. Endocrinol. Metab. (Nov. 2017).

**RFP No. 33:**

Produce all Communications and Documents relating to any perceived change in the last ten years in the proportion of female minors to male minors who are diagnosed with Gender Dysphoria or Related Conditions.

**RFP No. 34:**

Produce all Communications and Documents relating to the possibility of Desistance among Minors diagnosed with Gender Dysphoria or Related Conditions.

**RFP No. 35:**

Produce all Communications and Documents relating to the possibility of individuals Detransitioning after receiving either puberty blockers or cross-sex hormones.

**RFP No. 36:**

[Withdrawn]

**RFP No. 37:**

[Withdrawn]

**RFP No. 38:**

[Withdrawn]

**RFP No. 39:**

[Withdrawn]

**RFP No. 40:**

[Withdrawn]

**RFP No. 41:**

[As Narrowed by Alabama] Produce all Communications and Documents dated after February 1, 2019', regarding consideration or evaluation of the following as part of the drafting or evidence review process of SOC-8: Nat'l Inst. for Health and Care Excellence, *Evidence Review: Gender-Affirming Hormones for Children and Adolescents with Gender Dysphoria* (2021); Nat'l Inst. for Health and Care Excellence, *Evidence Review: Gonadotrophin Releasing Hormone Analogues for Children and Adolescents with Gender dysphoria* (2021); The Cass Review, *Independent Review of Gender Identity Services for Children and Young People: Interim Report* (Feb. 2022), https://cass.independentreview.uk/publications/interim-report/; Stephen Levine et al., *Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults*, 1. Sex & Marital Therapy, 7 (Mar. 2022); Socialstyrels*en, Care of children and adolescents with gender dysphoria* (Feb. 2022); Académe Nationale de Médicine, *Medicine and gender transidentity in children and adolescents* (Feb. 2022); Division of Florida Medicaid, *Generally Accepted*

*Professional Medical Standard Determination on the Treatment of Gender Dysphoria* (June 2022), https://ahca.myflorida.com/letkidsbekids.

**RFP No. 42:**

Produce all Communications and Documents regarding the Society for Evidence Based Gender Medicine ("SEGM"), the American College of Pediatricians, 4th Wave Now, Transgender Trend, Michael Laidlaw, MD, William Malone, MD, Paul Hruz, MD, Quentin Van Meter, MD, Julie Mason, MD, Stephen Levine, MD, Andre Van Mol, MD, Michelle Cretella, MD, Deborah Soh, Abigail Schrier, Jesse Singal, and Hilary Cass.

**RFP No. 43:**

Produce all Communications and Documents regarding the Society for Evidence Based Gender Medicine ("SEGM"), the American College of Pediatricians, 4th Wave Now, Transgender Trend, Michael Laidlaw, MD, William Malone, MD, Paul Hruz, MD, Quentin Van Meter, MD, Julie Mason, MD, Stephen Levine, MD, Andre Van Mol, MD, Michelle Cretella, MD, Deborah Soh, Abigail Schrier, Jesse Singal, and Hilary Cass.

**RFP No. 44:**

Produce all Communications and Documents regarding Transitioning treatments in Alabama.

**RFP No. 45:**

[Withdrawn]

**RFP No. 46:**

[Withdrawn]

**RFP No. 47:**

Produce all Communications and Documents related to the Coalition for the Advancement & Application of Psychological Science's Position Statement on Rapid Onset Gender Dysphoria (hrtps://www.caaps.co/rogd-statement) that You signed.