| 08/07/2023 | 304 | **TEXT ORDER: GRANTING the 303 Motion to Withdraw Elizabeth Baia as Attorney. Signed by Honorable Judge Liles C. Burke on 8/7/2023. (NO PDF attached to this entry) (am, )** (Entered: 08/07/2023 |

USCA11 Case: 23-11753     Document: 32     Date Filed: 08/08/2023     Page: 1 of 1