No. 23-11753

# In the UNITED STATES COURT OF APPEALS
# for the ELEVENTH CIRCUIT

◆

IN RE: WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH

◆

On Petition for Writ of Mandamus from the United States District Court
For the Middle District of Alabama
Case No. 2:22-cv-184-LCB

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

| | |
|---|---|
| State of Alabama<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36130<br>(334) 242-7300<br>Bethany.Lee@AlabamaAG.gov | Steve Marshall<br>*Attorney General*<br><br>Bethany C. Lee<br>*Assistant Solicitor General* |

August 14, 2023

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 & -4, the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1. Abdul-Latif, Hussein – Amicus Curiae;

2. Academic Pediatric Association – Amicus Curiae;

3. Aderholt, Caroline M. – Amicus Curiae;

4. Aderholt, Robert – Amicus Curiae;

5. Advancing American Freedom, Inc. – Amicus Curiae;

6. Advancing LGBTQ Equality – Amicus Curiae;

7. Agricola, Algert Swanson (Jr.) – Counsel for Amicus Curiae;

8. Alabama Center for Law and Liberty – Amicus Curiae;

9. Alabama Chapter of the American Academy of Pediatrics – Amicus Curiae;

10. Alaska, State of – Amicus Curiae;

11. Alstott, Anne – Amicus Curie;

12. America First Legal Foundation – Amicus Curiae;

13. American Academy of Child and Adolescent Psychiatry – Amicus Curiae;

14. American Academy of Family Physicians – Amicus Curiae;

15. American Academy of Pediatrics – Amicus Curiae;

16. American Academy of Nursing – Amicus Curiae;

17. American Association of Physicians for Human Rights, Inc. – Amicus Curiae;

18. American College of Obstetricians and Gynecologists – Amicus Curiae;

19. American College of Osteopathic Pediatricians – Amicus Curiae;

20. American College of Physicians – Amicus Curiae;

21. American Family Association, Inc. – Amicus Curiae;

22. American Medical Association – Amicus Curiae;

23. American Pediatric Society – Amicus Curiae;

24. American Psychiatric Association – Amicus Curiae;

25. Americans United for Life – Amicus Curiae

26. Andersen, Alison L. – Counsel for Amici Curiae;

27. Anderson, Tom – Defendant;

28. Arizona, State of – Amicus Curiae;

29. Arkansas, State of – Amicus Curiae;

30. Arnold, Stephanie York – Amicus Curiae;

31. Association of American Medical Colleges – Amicus Curiae;

32. Association of Medical School Pediatric Department Chairs – Amicus Curiae;

33. Austin, Heather – Plaintiff;

34. Australian Professional Association for Trans Health (The) – Amicus Curiae;

35. Baia, Elizabeth – Counsel for Amici Curiae;

36. Bailey, Daryl D. – Defendant;

37. Barday, Shireen A. – Counsel for Amici Curiae;

38. Barham, Richard – Amicus Curiae;

39. Barnes, Brian W. – Counsel for Defendants;

40. Barnhart, Dr. David L. (Jr.) – Amicus Curiae;

41. Becker, Laura – Amicus Curiae;

42. Beninati, Nancy – Counsel for Amici Curiae;

43. Berg, Rachel H. – Counsel for Plaintiffs;

44. Blakemore, Robin – Amicus Curiae;

45. Blaylock, C. Wilson – Defendant;

46. Boccuzzi, Carmine D, (Jr.) – Counsel for Amici Curiae;

47. Boe, Brianna – Plaintiff (pseudonym);

48. Boergers, Kathleen – Counsel for Amici Curiae;

49. Bonta, Rob – Counsel for Amici Curiae;

50. Boulware, Susan D. – Amicus Curiae;

51. Bowdre, Alexander Barrett – Counsel for Defendants;

52. Bridges, Dr. Rebecca L. – Amicus Curiae;

53. Bronni, Nicholas J. – Counsel for Amici Curiae;

54. Brooks, Mo – Amicus Curiae;

55. Brooks, Roger – Counsel for Defendants;

56. Brown, Chip – Amicus Curiae;

57. Broyles, Vernadette R. – Counsel for Amici Curiae;

58. Bryan, Chad W. – U.S. Magistrate Judge;

59. Buckeye Institute (The) – Amicus Curiae;

60. Bundesverbrand Trans* e.V. – Amicus Curiae;

61. Burke, Liles C. – U.S. District Court Judge;

62. Burleigh, Billy – Amicus Curiae;

63. California, State of – Amicus Curiae;

64. Cantrell, Michael A. – Counsel for Amici Curiae;

65. Cardinal Institute for West Virginia Policy – Amicus Curiae;

66. Carl, Jerry L. – Amicus Curiae;

67. Carr, Danny – Defendant;

68. Center for Arizona Policy – Amicus Curiae;

69. Center for Family and Human Rights – Amicus Curiae;

70. Central Conference of American Rabbis – Amicus Curiae;

71. Cheek, Jason R. – Counsel for Intervenor-Plaintiff;

72. Child & Parental Rights Campaign, Inc. – Counsel for Amici Curiae;

73. Citizens United – Amicus Curiae;

74. Citizens United Foundation – Amicus Curiae;

75. Clark, Matthew J. – Counsel for Amici Curiae;

76. Clarke, Kristen – Counsel for Intervenor-Plaintiff;

77. Coe, Brian – Amicus Curiae (pseudonym);

78. Coe, Laura – Amicus Curiae (pseudonym);

79. Colavecchio, J.D. – Counsel for Amici Curiae;

80. Colorado, State of – Amicus Curiae;

81. Commonwealth Foundation for Public Policy Alternative (The) – Amicus Curiae;

82. Concerned Women for America – Amicus Curiae;

83. Connecticut, State of – Amicus Curiae;

84. Conrady, Julie – Amicus Curiae;

85. Cooper, Erica – Amicus Curiae;

86. Davies, Andrew Rhys – Counsel for Amici Curiae;

87. Davis, James William – Counsel for Defendants;

88. Delaware, State of – Amicus Curiae;

89. Dermody, Eliza – Counsel for Intervenor-Plaintiff;

90. Dingus, Jaimie – Amicus Curiae;

91. District of Columbia – Amicus Curiae;

92. Doss, Jeffrey P. – Counsel for Plaintiffs;

93. Dunbar, John Mark – Counsel for Amicus Curiae;

94. Eagan, Melody Hurdle – Counsel for Plaintiffs;

95. Eagle Forum of Alabama – Amicus Curiae;

96. Eknes-Tucker, Paul A. – Plaintiff;

97. Elgart, Allison – Counsel for Amici Curiae;

98. Elias, Nimrod Pitsker – Counsel for Amici Curiae;

99. Elliott, T. Christopher – Amicus Curiae;

100. Endocrine Society (The) – Amicus Curiae;

101. Escalona, Elizabeth Prim Formby – Counsel for Intervenor-Plaintiff;

102. Ethics and Public Policy Center – Amicus Curiae;

103. Faith & Freedom Coalition – Amicus Curiae;

104. Family Action Counsel of Tennessee (The) – Amicus Curiae;

105. Federación Colectivo Hombres XX, AC – Amicus Curiae;

106. Finney, Johnny R. (II) – Amicus Curiae;

107. Foster, Carolyn – Amicus Curiae;

108. Foundation for Government Accountability (The) – Amicus Curiae;

109. Foundation for Moral Law – Amicus Curiae;

110. Frampton, Henry W. IV – Counsel for Defendants;

111. Free Speech Coalition – Amicus Curiae;

112. Frontline Policy Council – Amicus Curiae;

113. Fuller, David – Amicus Curiae;

114. G. C. – Amicus Curiae (pseudonym);

115. Gardner, Christopher J. – Counsel for Amici Curiae;

116. Genau, Joseph – Amicus Curiae;

117. George, Renu R. – Counsel for Amici Curiae;

118. Georgia, State of – Amicus Curiae;

119. Gibson, Henry N. – Amicus Curiae;

120. Girón, José F. – Counsel for WPATH and Amici Curiae;

121. Global Justice Institute – Amicus Curiae;

122. Goldberg, Noah Shea – Counsel for Amici Curiae;

123. Graham, John Mark – Counsel for Amici Curiae;

124. Gray, C. Boyden – Former Counsel for Amici Curiae;

125. Hamilton, Gene – Counsel for Amici Curiae;

126. Hamilton-Poore, Dr. Samuel F. – Amicus Curiae;

127. Hamilton-Poore, Terry – Amicus Curiae;

128. Hasson, Mary Rice – Amicus Curiae;

129. Hawaii, State of – Amicus Curiae;

130. Health Professionals Advancing LGBTQ Equality – Amicus Curiae;

131. Hecker, Elizabeth P. – Appellate Counsel for Intervenor-Plaintiff;

132. Henkin, Steven – Amicus Curiae;

133. Hilbert, Kurt R. – Counsel for Amici Curiae;

134. Hopkins, C. Lynn – Amicus Curiae;

135. Hutchinson, Laura – Amicus Curiae;

136. Illinois, State of – Amicus Curiae;

137. Independent Women's Forum – Amicus Curiae;

138. Indiana, State of – Amicus Curiae;

139. Isaacson, Eric Alan – Counsel for Amici Curiae;

140. Isasi, William – Counsel for Amici Curiae;

141. Isner, Shane – Amicus Curiae;

142. Ivey, Kay – Defendant (Former);

143. Jacobs, Dylan L. – Counsel for Amici Curiae;

144. Jauregui, Phillip Leo – Counsel for Amici Curiae;

145. Jimmerson, Dr. Ellin – Amicus Curiae;

146. John Locke Foundation – Amicus Curiae;

147. Jordan, Albert Linch – Counsel for Amici Curiae;

148. Judicial Watch (The) – Amicus Curiae;

149. Kamody, Rebecca – Amicus Curiae;

150. Katz, Emile J. – Counsel for WPATH and Amici Curiae;

151. Kerschner, Helena – Amicus Curiae;

152. Koe, Rachel – Plaintiff (pseudonym);

153. Krishna, Praveen S. – Appellate Counsel for Intervenor-Plaintiff;

154. Kuper, Laura – Amicus Curiae;

155. LGBT+ Denmark – Amicus Curiae;

156. LaCour, Edmund G. (Jr.) – Counsel for Defendants;

157. Lamar-Hart, Cynthia – Amicus Curiae;

158. Lannin, Cortlin H. – Counsel for WPATH and Amici Curiae;

159. Lanosa, Michael – Counsel for WPATH and Amici Curiae;

160. Lareau, Alyssa C. – Counsel for Intervenor-Plaintiff;

161. Lee, Bethany C. – Counsel for Defendants;

162. Levi, Jennifer L. – Counsel for Plaintiffs;

163. Liberty Justice Center (The) – Amicus Curiae;

164. Loe, Brian – Amicus Curiae (pseudonym);

165. Loe, Sarah – Amicus Curiae (pseudonym);

166. Loper, Dr. Helene – Amicus Curiae;

167. Louisiana Family Forum – Amicus Curiae;

168. Louisiana, State of – Amicus Curiae;

169. Madden, Wendy Ann – Counsel for Amici Curiae;

170. Maine, State of – Amicus Curiae;

171. Manhattan Institute – Amicus Curiae;

172. Marshall, Margaret L. – Counsel for Intervenor-Plaintiff;

173. Marshall, Steve – Defendant;

174. Martinez, Gabriel – Counsel for Amici Curiae;

175. Martinez, Michael Rodriguez – Counsel for Amici Curiae;

176. Maryland, State of – Amicus Curiae;

177. Massachusetts, State of – Amicus Curiae;

178. Mattern, David P. – Counsel for Plaintiffs;

179. McAlister, Mary E. – Counsel for Amici Curiae;

180. McCotter, R. Trent – Counsel for Amici Curiae;

181. McCoy, Scott D. – Counsel for Plaintiffs;

182. McKay, Charles Arthur – Counsel for Defendants;

183. McNamara, Meredithe – Amicus Curiae;

184. Medical Association of Pediatric Nurse Practitioners – Amicus Curiae;

185. Men of Reform Judaism – Amicus Curiae;

186. Mendenhall, Allen – Amicus Curiae;

187. Michigan Family Forum – Amicus Curiae;

188. Mills, Christopher Ernest – Counsel for Defendants;

189. Minnesota, State of – Amicus Curiae;

190. Mississippi, State of – Amicus Curiae;

191. Missouri, State of – Amicus Curiae;

192. Mitchell, Jonathan F. – Counsel for Amici Curiae;

193. Moe, Jane – Plaintiff (pseudonym);

194. Moe, Robert – Plaintiff (pseudonym);

195. Montag, Coty Rae – Counsel for Intervenor-Plaintiff;

196. Montana, State of – Amicus Curiae;

197. Mooney, Arnold – Amicus Curiae;

198. Moore, Barry – Amicus Curiae;

199. Mor, Yuval – Counsel for Amici Curiae;

200. Morrison, Rachel N. – Counsel for Amici Curiae;

201. Mountain States Legal Foundation – Amicus Curiae;

202. Murphy, Amie – Counsel for Intervenor-Plaintiff;

203. National Association of Pediatric Nurse Practitioners – Amicus Curiae;

204. National Republican Redistricting Trust – Amicus Curiae;

205. National Right to Work Committee (The)– Amicus Curiae;

206. Nebraska, State of – Amicus Curiae;

207. Nevada, State of – Amicus Curiae;

208. New Jersey, State of – Amicus Curiae;

209. New Mexico, State of – Amicus Curiae;

210. New York, State of – Amicus Curiae;

211. Newton, Nicole – Amicus Curiae;

212. Noe, Kathy – Plaintiff (pseudonym);

213. North Carolina, State of – Amicus Curiae;

214. Norwegian Organization for Sexual and Gender Diversity (The) – Amicus Curiae;

215. Oklahoma Council of Public Affairs – Amicus Curiae;

216. Oklahoma, State of – Amicus Curiae;

217. Oladeinbo, Gilbert Olusengun – Counsel for Plaintiffs;

218. Olezeski, Christy – Amicus Curiae;

219. Olson, William J. – Counsel for Amici Curiae;

220. Oregon, State of – Amicus Curiae;

221. Ormand, Justin L. – Counsel for Amici Curiae;

222. Orr, Asaf – Counsel for Plaintiffs;

223. Palmer, Gary – Amicus Curiae;

224. Parental Rights Foundation – Amicus Curiae;

225. Patterson, Peter A. – Counsel for Defendants;

226. Pediatric Endocrine Society – Amicus Curiae;

227. Pennsylvania Family Counsel – Amicus Curiae;

228. Pennsylvania, State of – Amicus Curiae;

229. Perigoe, Kelly – Counsel for Plaintiffs;

230. Peterson, Misty L. – Counsel for Plaintiffs;

231. Pickren, Robert C. – Counsel for Intervenor-Plaintiff;

232. Poe, Megan – Plaintiff (pseudonym);

233. Powers, John Michael – Counsel for Intervenor-Plaintiff;

234. Pratt, James Andrew – Counsel for Plaintiffs;

235. Private Citizen – Amicus Curiae;

236. Professional Association for Transgender Health Aotearoa New Zealand (The) – Amicus Curiae;

237. Protect Our Kids – Amicus Curiae

238. Public Interest Legal Foundation (The) - Amicus Curiae;

239. Ragsdale, Barry Alan – Counsel for WPATH and Amici Curiae;

240. Ramer, John D. – Counsel for Defendants;

241. Ray, Brent P. – Counsel for Plaintiffs;

242. Reinke, Adam – Counsel for Plaintiffs;

243. Religious RoundTable, Inc. (The) – Amicus Curiae;

244. Renner, Steven S. – Amicus Curiae;

245. Reynolds, Laura – Amicus Curiae;

246. Rhode Island, State of – Amicus Curiae;

247. Riehl, Christina – Counsel for Amici Curiae;

248. Robin-Vergeer, Bonnie – Appellate Counsel for Intervenor-Plaintiff;

249. Roe, Rebecca – Plaintiff (pseudonym);

250. Rogers, Mike – Amicus Curiae;

251. Rothbauer, Chris – Amicus Curiae;

252. Rutledge, Leslie – Counsel for Amici Curiae;

253. Saei, Yusuf – Counsel for Plaintiffs;

254. Sanders, Jennifer – Amicus Curiae;

255. Schwabauer, Barbara – Appellate Counsel for Intervenor-Plaintiff;

256. Seiss, Benjamin Matthew – Counsel for Defendants;

257. Seta ry / Seta rf / Seta Lgbtiq Rights in Finland – Amicus Curiae;

258. Shortnacy, Michael B. – Counsel for Plaintiffs;

259. Silva, Dylan M. – Counsel for Amici Curiae;

260. Simpson, Matt – Amicus Curiae;

261. Smalts, Laura Perry – Amicus Curiae;

262. Smith, John – Amicus Curiae;

263. Societies for Pediatric Urology – Amicus Curiae;

264. Society for Adolescent Health and Medicine – Amicus Curiae;

265. Society for Pediatric Research – Amicus Curiae;

266. Society of Pediatric Nurses – Amicus Curiae;

267. Soe, Melissa – Amicus Curiae (pseudonym);

268. Soto, Diego Armando – Counsel for Plaintiffs;

269. South Carolina, State of – Amicus Curiae;

270. Southeast Conference of the United Church of Christ – Amicus Curiae;

271. Southeast Law Institute – Amicus Curiae;

272. Spakovsky, Hans Von – Amicus Curiae;

273. Stewart, Sandra Jean – Counsel for Intervenor-Plaintiffs;

274. Stoll, Christopher F. – Counsel for Amici Curiae;

275. Stone, Jessica Lynn – Counsel for Plaintiffs;

276. Stonewall UK – Amicus Curiae;

277. Strickland, Kevin L. – Amicus Curiae;

278. Susan B. Anthony Pro-Life America – Amicus Curiae;

279. Swedish Federation for Lesbian, Gay, Bisexual, Transgender, Queer and Intersex Rights (The) – Amicus Curiae;

280. Szilagyi, Nathalie – Amicus Curiae;

281. Tea Party Patriots Action, Inc. – Amicus Curiae;

282. Tea Party Patriots Foundation, Inc. – Amicus Curiae;

283. Tennessee Eagle Forum – Amicus Curiae;

284. Terry, Abigail Hoverman – Counsel for Plaintiffs;

285. Texas Public Policy Foundation – Amicus Curiae;

286. Texas, State of – Amicus Curiae;

287. Thomason, Beth – Amicus Curiae;

288. Thompson, David H. – Counsel for Defendants;

289. Thornton, Joel H. – Counsel for Amici Curiae;

290. Toyama, Kaitlin – Counsel for Intervenor-Plaintiff;

291. Trevor Project (The) – Amicus Curiae;

292. Union for Reform Judaism – Amicus Curiae;

293. Unitarian Universalist Association – Amicus Curiae;

294. United States of America – Intervenor-Plaintiff;

295. Universal Fellowship of Metropolitan Community Churches – Amicus Curiae;

296. Utah, State of – Amicus Curiae;

297. Vermont, State of – Amicus Curiae;

298. Vague, Amie A. – Counsel for Plaintiffs;

299. Vance, Robert S. (III) – Counsel for Amici Curiae;

300. Ventiere, Jessica – Defendant;

301. Veta, D. Jean – Counsel for Amici Curiae;

302. Voe, Robert – Plaintiff (pseudonym);

303. Voights, Anne M. – Counsel for Plaintiffs;

304. Wadsworth, Stephen D. – Counsel for Intervenor-Plaintiff;

305. Wadsworth, Tim R. – Amicus Curiae;

306. Waggoner, J. T. – Amicus Curiae;

307. Walker, Susan Russ – U.S. Magistrate Judge;

308. Warbelow, Sarah – Counsel for Plaintiffs;

309. Washington, State of – Amicus Curiae;

310. Weaver, Cynthia Cheng-Wun – Counsel for Plaintiffs;

311. Weaver, Lily – Counsel for Amici Curiae;

312. Weaver, Susan Kay – Counsel for Amici Curiae;

313. Wenck, Julia H. – Counsel for Amici Curiae;

314. West Virginia, State of – Amicus Curiae;

315. Wilkerson, Mark Douglas – Counsel for Amici Curiae;

316. Williams, Renee – Counsel for Intervenor-Plaintiff;

317. Wilson, Thomas Alexander – Former Counsel for Defendants;

318. Women of Reform Judaism – Amicus Curiae;

319. Wood, Kimberly – Amicus Curiae;

320. Woodke, Lane Hines – Counsel for Intervenor-Plaintiff;

321. World Professional Association for Transgender Health – Petitioner;

322. Zelbo, Howard S. – Counsel for Amici Curiae;

323. Zoe, James – Plaintiff (pseudonym).

Respectfully submitted this 14th day of August, 2023

                    s/ Bethany C. Lee
                    Bethany C. Lee
                      *Assistant Solicitor General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Bethany.Lee@AlabamaAG.gov

*Counsel for the Defendants-Appellees*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW the undersigned, Bethany C. Lee, and files this Motion for Leave to Withdraw as counsel of record for Appellees. As grounds for said Motion, undersigned states that effective August 16, 2023, she will no longer be working for the State of Alabama. Said Appellees will continue to be represented by Edmund G. LaCour Jr.; Brian W. Barnes; A. Barrett Bowdre; James W. Davis; Henry Frampton; Roger G. Brooks; Charles A. McKay; Christopher E. Mills; Peter A. Patterson; John Ramer; Benjamin Seiss; and David H. Thompson, and no party will be prejudiced by this withdrawal.

s/ Bethany C. Lee
Bethany C. Lee
  *Assistant Solicitor General*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2023, I electronically filed this document using the Court's CM/ECF system, which will electronically serve a copy of this document to all counsel of record electronically registered with the Clerk.

s/ Bethany C. Lee
Bethany C. Lee
  *Assistant Solicitor General*