| 08/18/2023 | 306 | **TEXT ORDER granting 305 Motion for Bethany C. Lee to Withdraw as Counsel for Appellees. Signed by Honorable Judge Liles C. Burke on 8/18/2023. Furnished Appeals Clerk. (dmn, ) (no pdf)** (Entered: 08/18/2023) |